IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| WILLIE LOVE, JR., | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:06-00754 |
| | ) JUDGE HAYNES |
| TVA BOARD OF DIRECTORS, et al., | ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff is **AWARDED** a judgment on his promotion discrimination claim under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.. Plaintiff is **AWARDED** back pay in the amount of fourteen thousand, eight hundred twenty dollars ten cents ($14,820.10) and with an enhanced monthly retirement benefit of one hundred forty-five dollars ninety cents ($145.90) per month since his retirement on January 6, 2006. Plaintiff's claim under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq. ("ADEA") is **DISMISSED with prejudice**. Plaintiff is awarded his attorneys and costs in this action to be determined in accordance with Local Rules.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 27th day of July, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge